SUSAN PIERSON SONDERBY
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| CHUNG, PAUL | § | Case No. 10-35328 |
| CHUNG, KATHY | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE BANKRUPTCY COURT
    219 SOUTH DEARBORN STREET, ROOM 713
    CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/24/2011 in Courtroom 642,
    United States Courthouse
    219 South Dearborn
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/21/2011      By: Clerk of the Bankruptcy Court
                                                                               Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

Case 10-35328 Doc 28 Filed 07/22/11 Entered 07/24/11 23:17:40 Desc Imaged
Certificate of Service Page 2 of 7

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
 §
CHUNG, PAUL § Case No. 10-35328
CHUNG, KATHY §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.32 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,000.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,550.03 | $ 0.00 | $ 1,550.03 |
| Other: Internal Revenue Service | $ 969.64 | $ 0.00 | $ 969.64 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,519.67 |
| Remaining Balance | $ 5,480.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 969.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 84,044.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 3,548.00 | $ 0.00 | $ 231.37 |
| 000002 | Asset Acceptance, LLC asegnee/N city bank | $ 30,083.01 | $ 0.00 | $ 1,961.74 |
| 000003A | Internal Revenue Service | $ 87.24 | $ 0.00 | $ 5.69 |
| 000004 | C/O SALLIE MAE, Inc. | $ 43,918.55 | $ 0.00 | $ 2,863.97 |
| 000005 | Worldwide Asset Purchasing II, LLC | $ 1,763.66 | $ 0.00 | $ 115.01 |
| 000006 | Verizon Wireless | $ 473.09 | $ 0.00 | $ 30.85 |
| 000007 | American Express Centurion Bank | $ 4,171.31 | $ 0.00 | $ 272.02 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,480.65 |

  Remaining Balance                   $_____0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                Prepared By: /s/Philip V. Martino_____
                                Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Paul Chung  
Kathy Chung  
    Debtors

Case No. 10-35328-SPS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: ahamilton     Page 1 of 2     Date Rcvd: Jul 22, 2011  
                  Form ID: pdf006     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2011.

```
db/jdb     +Paul Chung,    Kathy Chung,    2355 S. Lexington Dr. Apt. 101,    Mount Prospect, IL 60056-5952
aty        +John P Carlin,    Chang & Carlin,    1305 Remmington Road; Suite C,    Schaumburg, IL 60173-4820
tr          Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,    Suite 4000,    Chicago, IL  60654
15965681   +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4539
15965683   +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16568265    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16294190   +Asset Acceptance, LLC asegnee/N city bank,    PO Box 2036,    Warren, MI 48090-2036
15965685   +Baker & Miller P.C.,    29 N Wacker Drive,    5th FLoor,    Chicago, IL 60606-2851
16502081   +C/O SALLIE MAE, Inc.,    220 LASLEY AVE.,    WILKES BARRE, PA 18706-1496
15965687   +CBCS,    P O Box 163006,    Columbus, OH 43216-3006
15965688   +Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
15965692   +FMS Inc.,    P O Box 707600,    Tulsa, OK 74170-7600
15965694   +Gwinnett Emergency Speicalists,    P O Box 48305,    Jacksonville, FL 32247-8305
15965695   +Gwinnett Hospital System,    P O Box 116228,    Atlanta, GA 30368-6228
15965696   +Hollander Law Offices,    P O Box 105130,    Atlanta, GA 30348-5130
15965697   +I.C. System,    PO Box 64378,    Saint Paul, MN 55164-0378
15965698  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,    Centralized Insolvency,    p.o. box 21126,
             Philadelphia, PA 11914)
15965699   +J.C. Christensen,    po box 519,    Sauk Rapids, MN 56379-0519
15965706   +NCO Financial,    1804 Washington BLVD,    Mailstop 450,    Baltimore, MD 21230-1700
15965705   +National City,    Attention: Bankruptcy Department,    6750 Miller Rd,
             Brecksville, OH 44141-3262
15965714   +Weltman, Weinberg and Reis,    1419 Lake Cook Road Suite 480,    Deerfield, IL 60015-5228
15965715   +Wilshire Credit Corp,    Attention: Bankruptcy Department CA6-91,    Po Box 5170,
             Simi Valley, CA 93062-5170
16534826    Worldwide Asset Purchasing II, LLC,    c/o B-Line, LLC,    MS 550,    PO Box 91121,
             Seattle, WA 98111-9221
15965686    blatt, hasenmiller, lebsker & moore,    125 s. Wacker Dr #400,    Chicago, IL 60606-4440
15965703    millenium credit consultant,    p.o. box 18160,    Saint Paul, MN 55118-0160
15965704    nars,    p.o. box 701,    Chesterfield, MO 63006-0701
15965707   +nco financial systems,    507 prudential rd,    Horsham, PA 19044-2368
15965708   +northland group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
15965712   +the law offices of Ross Gelfand,    1265Minhinette Dr.,    Suite 150,    Roswell, GA 30075-3656
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15965682    E-mail/PDF: recoverybankruptcy@afninet.com Jul 22 2011 23:57:36     AFNI,    404 Brock Drive,
             P.O. Bxo 3517,    Bloomington, IL 61702-3517
15965684   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 22 2011 23:05:11      Asset Acceptance LLC,
             PO Box 2036,    Warren, MI 48090-2036
15965689    E-mail/Text: legalcollections@comed.com Jul 22 2011 23:05:44     Com Ed,    Bill Payment Center,
             Chicago, IL 60668-0001
16278004    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 22 2011 23:58:05      Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15965690   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 22 2011 23:58:05      Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
15965693   +E-mail/Text: agency@greystonealliance.com Jul 22 2011 23:06:35      Greystone Alliance,
             P O Box 1810,    Buffalo, NY 14240-1810
15965701    E-mail/Text: brenden.magnino@mcmcg.com Jul 22 2011 23:05:12     MCM,    P.O. Box 939019,
             San Diego, CA 92193-9019
15965702   +E-mail/Text: brenden.magnino@mcmcg.com Jul 22 2011 23:05:12      Midland Credit Management,
             Po Box 939019,    San Diego, CA 92193-9019
15965710   +E-mail/Text: resurgentbknotifications@resurgent.com Jul 22 2011 23:04:18
             Resurgent Capital Services,    15 S Main Street Suite 600,    Greenville, SC 29601-2768
15965711   +E-mail/PDF: pa_dc_claims@salliemae.com Jul 23 2011 00:00:00      Sallie Mae,    P O Box 9500,
             Wilkes Barre, PA 18773-9500
15965713   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 22 2011 23:57:43      Verizon,
             Attn: Bankruptcy,    Po Box 3397,    Bloomington, IL 61702-3397
16554678    E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 22 2011 23:57:43      Verizon Wireless,
             PO Box 3397,    Bloomington, IL 61702-3397
15965716   +E-mail/Text: bankruptcy@zenithacq.com Jul 22 2011 23:06:43     Zenith Acquisition,
             220 John Glenn Dr # 1,    Amherst, NY 14228-2228
15965691    E-mail/Text: data_processing@fin-rec.com Jul 22 2011 23:06:40      financial recovery services,,
             p.o. box 385908,    Minneapolis, MN 55438-5908
15965700   +E-mail/Text: brenden.magnino@mcmcg.com Jul 22 2011 23:05:12     mcm,    dept 1241,    p.o. box 603,
             Oaks, PA 19456-0603
                                                                                              TOTAL: 15
```

```
District/off: 0752-1           User: ahamilton            Page 2 of 2               Date Rcvd: Jul 22, 2011
                               Form ID: pdf006            Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15965709   ##+OSI Education Services,   200 S. Executive Drive,   Brookfield, WI 53005-4202
15965716   ##+Zenith Acquisition,   220 John Glenn Dr # 1,   Amherst, NY 14228-2228
                                                                                  TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2011**                      **Signature:**    _/s/ Joseph Speetjens_