SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
CHUNG, PAUL                               §   Case No. 10-35328
CHUNG, KATHY                              §
                                          §
                                          §
          Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wilshire Credit Corp Attention: Bankruptcy Department CA6-91 Po Box 5170 Simi Valley, CA 93062 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI 404 Brock Drive P.O. Bxo 3517 Bloomington, IL 61702-3517 | | | | | |
| | Advocate Medical Group 701 Lee Street Des Plaines, IL 60016 | | | | | |
| | Asset Acceptance LLC PO Box 2036 Warren, MI 48090 | | | | | |
| | Baker & Miller P.C. 29 N Wacker Drive 5th FLoor Chicago, IL 60606 | | | | | |
| | CBCS P O Box 163006 Columbus, OH 43216 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | FMS Inc. P O Box 707600 Tulsa, OK 74170 | | | | | |
| | Greystone Alliance P O Box 1810 Buffalo, NY 14240 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gwinnett Emergency Speicalists P O Box 48305 Jacksonville, FL 32247 | | | | | |
| | Gwinnett Hospital System P O Box 116228 Atlanta, GA 30368 | | | | | |
| | Hollander Law Offices P O Box 105130 Atlanta, GA 30348 | | | | | |
| | I.C. System PO Box 64378 Saint Paul, MN 55164 | | | | | |
| | Internal Revenue Service Centralized Insolvency p.o. box 21126 Philadelphia, PA 11914 | | | | | |
| | J.C. Christensen po box 519 Sauk Rapids, MN 56379 | | | | | |
| | MCM P.O. Box 939019 San Diego, CA 92193-9019 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial 1804 Washington BLVD Mailstop 450 Baltimore, MD 21230 | | | | | |
| | OSI Education Services 200 S. Executive Drive Brookfield, WI 53008 | | | | | |
| | Resurgent Capital Services 15 S Main Street Suite 600 Greenville, SC 29601 | | | | | |
| | Weltman, Weinberg and Reis 1419 Lake Cook Road Suite 480 Deerfield, IL 60015 | | | | | |
| | Wilshire Credit Corp Attention: Bankruptcy Department CA6-91 Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | Zenith Acquisition 220 John Glenn Dr # 1 Amherst, NY 14228 | | | | | |
| | blatt, hasenmiller, lebsker & moore 125 s. Wacker Dr #400 Chicago, IL 60606-4440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | financial recovery services, p.o. box 385908 Minneapolis, MN 55438-5908 | | | | | |
| | mcm dept 1241 p.o. box 603 Oaks, PA 19456 | | | | | |
| | millenium credit consultant p.o. box 18160 Saint Paul, MN 55118-0160 | | | | | |
| | nars p.o. box 701 Chesterfield, MO 63006-0701 | | | | | |
| | nco financial systems 507 prudential rd Horsham, PA 19044 | | | | | |
| | northland group P.O. Box 390905 Minneapolis, MN 55439 | | | | | |
| | the law offices of Ross Gelfand 1265Minhinette Dr. Suite 150 Roswell, GA 30075 | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | ASSET ACCEPTANCE, LLC ASEGNEE/N CIT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | C/O SALLIE MAE, INC. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| 000006 | VERIZON WIRELESS | | | | | |
| 000005 | WORLDWIDE ASSET PURCHASING II, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

0/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-35328 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | CHUNG, PAUL | | | Date Filed (f) or Converted (c): | 08/07/10 (f) |
| | CHUNG, KATHY | | | 341(a) Meeting Date: | 10/07/10 |
| For Period Ending: | 01/09/12 | | | Claims Bar Date: | 01/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WITH CHASE | 2,500.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH FOSTER | 500.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH FOSTER WITH SON | 500.00 | 0.00 | | 0.00 | FA |
| 4. FOSTER CHECKING ACCOUNT WITH DAUGTHER | 450.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT WITH FOSTER BANK | 530.00 | 0.00 | | 0.00 | FA |
| 6. MISC USED HOUSEHOLD GOODS | 900.00 | 0.00 | | 0.00 | FA |
| 7. USED CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 8. WRL WHOLE LIFE NO CASH SURRENDER VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2000 NISSAN ALTIMA - 110K | 2,325.00 | 0.00 | | 0.00 | FA |
| 10. 1999 HYUNDAI ACCENT - 85000K | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. $8,000 PREFERENCE PAYMENT TO HYO WOOK CHUNG FOUND ON SOFA 3(c). | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.46 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $17,105.00 | $8,000.00 | | $8,000.46 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/15/11    Current Projected Date of Final Report (TFR): 09/01/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.04e

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35328 -SPS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | CHUNG, PAUL | | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUNG, KATHY | | Account Number / CD #: | *******0603 BofA - Money Market Account |
| Taxpayer ID No: | *******1044 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/09/10 | 11 | Paul K. Chung  2355 South Lexington Drive  Mount Prospect, IL 60056 | | 1141-000 | 1,000.00 | | 1,000.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 1,000.01 |
| 12/09/10 | 11 | Paul K. Chung | Second payment | 1141-000 | 1,000.00 | | 2,000.01 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,000.05 |
| 01/18/11 | 11 | Paul K. Chung | Third payment | 1141-000 | 1,000.00 | | 3,000.05 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 3,000.11 |
| 02/16/11 | 11 | Paul K. Chung | Fourth payment | 1141-000 | 1,000.00 | | 4,000.11 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 4,000.13 |
| * 03/15/11 | | Kathy Chung | Fifth Payment | 1141-003 | 1,000.00 | | 5,000.13 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,000.16 |
| * 04/05/11 | | Kathy Chung | Fifth Payment  Check bounced. Debtor reissuing | 1141-003 | -1,000.00 | | 4,000.16 |
| 04/11/11 | 11 | Hosun Lee and Kyungun Jang | Replacement Fifth payment | 1141-000 | 1,000.00 | | 5,000.16 |
| 04/11/11 | 11 | Paul K. Chung | 6th payment | 1141-000 | 1,000.00 | | 6,000.16 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 6,000.20 |
| 05/18/11 | 11 | Paul Chung | 7th payment | 1141-000 | 1,000.00 | | 7,000.20 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,000.26 |
| 06/16/11 | 11 | Paul K. Chung | | 1141-000 | 1,000.00 | | 8,000.26 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,000.32 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,000.38 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,000.45 |
| 09/07/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 8,000.46 |
| 09/07/11 | | Transfer to Acct #*******0810 | Final Posting Transfer | 9999-000 | | 8,000.46 | 0.00 |

Page Subtotals          8,000.46          8,000.46

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35328 -SPS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | CHUNG, PAUL | | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUNG, KATHY | | Account Number / CD #: | *******0603  BofA - Money Market Account |
| Taxpayer ID No: | *******1044 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,000.46 | 8,000.46 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 8,000.46 | |
| | | | Subtotal | | 8,000.46 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,000.46 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-35328 -SPS | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | CHUNG, PAUL | | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUNG, KATHY | | Account Number / CD #: | *******0810  BofA - Checking Account |
| Taxpayer ID No: | *******1044 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/11 | | Transfer from Acct #*******0603 | Transfer In From MMA Account | 9999-000 | 8,000.46 | | 8,000.46 |
| 09/07/11 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,550.05 | 6,450.41 |
| * 09/07/11 | 003002 | Internal Revenue Service<br>Centralized Insolvency<br>p.o. box 21126<br>Philadelphia, PA 11914 | Claim 000003B, Payment 100.00000% | 2810-003 | | 969.64 | 5,480.77 |
| 09/07/11 | 003003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 6.52114% | 7100-000 | | 231.37 | 5,249.40 |
| 09/07/11 | 003004 | Asset Acceptance, LLC asegnee/N city bank<br>PO Box 2036<br>Warren, MI 48090 | Claim 000002, Payment 6.52126% | 7100-000 | | 1,961.79 | 3,287.61 |
| * 09/07/11 | 003005 | Internal Revenue Service<br>Centralized Insolvency<br>p.o. box 21126<br>Philadelphia, PA 11914 | Claim 000003A, Payment 6.52224% | 7100-003 | | 5.69 | 3,281.92 |
| 09/07/11 | 003006 | C/O SALLIE MAE, Inc.<br>220 LASLEY AVE.<br>WILKES BARRE, PA 18706 | Claim 000004, Payment 6.52125% | 7100-000 | | 2,864.04 | 417.88 |
| 09/07/11 | 003007 | Worldwide Asset Purchasing II, LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000005, Payment 6.52110% | 7100-000 | | 115.01 | 302.87 |
| | | | Page Subtotals | | 8,000.46 | 7,697.59 | |

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35328 -SPS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | CHUNG, PAUL | | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUNG, KATHY | | Account Number / CD #: | *******0810  BofA - Checking Account |
| Taxpayer ID No: | *******1044 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/07/11 | 003008 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Claim 000006, Payment 6.52096%<br>(6-1) 8061 | 7100-000 | | 30.85 | 272.02 |
| 09/07/11 | 003009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 6.52121%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 272.02 | 0.00 |
| * 09/21/11 | 003002 | Internal Revenue Service<br>Centralized Insolvency<br>p.o. box 21126<br>Philadelphia, PA 11914 | Claim 000003B, Payment 100.00000%<br>Internal Revenue returned the check with notice that the claim had been paid in full.  They marked the check VOID. | 2810-003 | | -969.64 | 969.64 |
| * 09/21/11 | 003005 | Internal Revenue Service<br>Centralized Insolvency<br>p.o. box 21126<br>Philadelphia, PA 11914 | Claim 000003A, Payment 6.52224%<br>Internal Revenue returned the check with notice that the claim had been paid in full.  They marked the check VOID. | 7100-003 | | -5.69 | 975.33 |
| 09/21/11 | 003010 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 1.16178% | 7100-000 | | 41.22 | 934.11 |
| 09/21/11 | 003011 | Asset Acceptance, LLC asegnee/N city bank<br>PO Box 2036<br>Warren, MI 48090 | Claim 000002, Payment 1.16169% | 7100-000 | | 349.47 | 584.64 |
| 09/21/11 | 003012 | C/O SALLIE MAE, Inc.<br>220 LASLEY AVE.<br>WILKES BARRE, PA 18706 | Claim 000004, Payment 1.16170% | 7100-000 | | 510.20 | 74.44 |
| 09/21/11 | 003013 | Worldwide Asset Purchasing II, LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000005, Payment 1.16179% | 7100-000 | | 20.49 | 53.95 |

Page Subtotals        0.00        248.92

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35328 -SPS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | CHUNG, PAUL | | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUNG, KATHY | | Account Number / CD #: | *******0810  BofA - Checking Account |
| Taxpayer ID No: | *******1044 | | | |
| For Period Ending: | 01/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/21/11 | 003014 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Claim 000006, Payment 1.16257%<br>(6-1) 8061 | 7100-000 | | 5.50 | 48.45 |
| 09/21/11 | 003015 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 1.16151%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 48.45 | 0.00 |

```
                                    COLUMN TOTALS                         8,000.46        8,000.46           0.00
                                    Less:  Bank Transfers/CD's            8,000.46            0.00
                                    Subtotal                                  0.00        8,000.46
                                    Less:  Payments to Debtors                                0.00
                                    Net                                       0.00        8,000.46
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0603 | 8,000.46 | 0.00 | 0.00 |
| BofA - Checking Account - ********0810 | 0.00 | 8,000.46 | 0.00 |
| | 8,000.46 | 8,000.46 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        53.95

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)